certiorari to the Circuit Court of Appeals for the First Circuit denied. *Francis P. Garland* for petitioner. *Thomas H. Mahony* for respondent.

Nos. 493 and 494. DENVER & RIO GRANDE WESTERN RAILROAD CO. ET AL. *v.* PROVO CITY ET AL. October 28, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Waldemar Q. Van Cott* and *Dennis McCarthy* for petitioners. *Arthur H. Nielsen* for respondents.

No. 497. 149 MADISON AVENUE CORP. ET AL. *v.* ASSELTA ET AL. October 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Walter Gordon Merritt, Robert R. Bruce* and *John J. Boyle* for petitioners. *Wilbur Duberstein* and *Frederick E. Weinberg* for respondents.

No. 501. OKONITE COMPANY *v.* COMMISSIONER OF INTERNAL REVENUE. October 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Edmund S. Kochersperger* for petitioner. *Solicitor General McGrath, Sewall Key, Robert N. Anderson* and *I. Henry Kutz* for respondent.

No. 515. WHEELING STAMPING CO. ET AL. *v.* STANDARD CAP & MOLDING CO. October 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth